# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

DAVID ANTHONY MCKINNEY,

      **Plaintiff,**

v.                                  **CIVIL ACTION NO. 05-CV-345 DRH**

UNITED STATES OF AMERICA,

      **Defendant.**

## JUDGMENT IN A CIVIL CASE

      **DECISION BY COURT.** This action came to hearing before the Court on Defendant's Motion to Dismiss for lack of subject matter jurisdiction.

      **IT IS ORDERED AND ADJUDGED** that the motion is **GRANTED** and this case is **DISMISSED** with prejudice.---------------------------------------------------------------------------------

NORBERT G. JAWORSKI, CLERK

April 7, 2007

BY:    /s/Patricia Brown
                    Deputy Clerk

APPROVED: /s/     David R Herndon
          **CHIEF JUDGE**
          **U.S. DISTRICT COURT**